# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Dale Keith DANIELS,<br>  Defendant, | Case No. 22MJ8204<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony)<br><br>Title 18, U.S.C., Section 922(g)(1)<br>Felon in Possession of a Firearm (Felony) |
|---|---|

The undersigned complainant being duly sworn states:

## COUNT 1

On or about March 14, 2022, within the Southern District of California, defendant Dale Keith DANIELS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

  Octavio MIRANDA-Garcia

  Feliciano GARCIA-Mesinas

  Ernesto HERNANDEZ-Salazar

  Luis Radiel PABLO-Cruz

  Carlos Enrique JUAREZ-Ortiz

  Rosalina LOPEZ-Aquino

had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

## COUNT 2

On or about March 14, 2022, within the Southern District of California, defendant Dale Keith DANIELS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Norinco 98, 12 Gauge Shotgun, Serial# 0026421, containing one (1) shotgun shell in the chamber, four (4) shotgun shells in the magazine tube, and nine (9) additional shotgun shells in the same bag as the firearm; in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states this complaint is based on the Statement of Facts, which is incorporated herein by reference.

_____
ROBERT DALTORIO
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th day of March, 2022.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA
v.
Dale Keith DANIELS

**STATEMENT OF FACTS**

The complainant states that this Complaint and Statement of Facts are based upon statements in the investigative report by Border Patrol Agent (BPA) M. Aguilar that on March 14, 2022, Dale Keith DANIELS (DANIELS), a United States Citizen, was arrested near Winterhaven, California while smuggling six undocumented aliens in violation of Title 8, United States Code, Section 1324. DANIELS was also arrested for being a felon in possession of a firearm in violation of Title 8, United States Code, Section 922(g)(1).

On March 14, 2022, BPA M. Aguilar was conducting patrol operations 18 miles east of the Calexico, California East Port of Entry. This area of the border region consists of arid desert and the United States/Mexico border is separated by the International Boundary Fence (IBF) that measures approximately 15 feet tall. The All-American Canal (AAC) runs in an east to west direction and lies approximately 1.25 miles north of the international boundary. In this area, aliens will usually attempt to make their way to Highway 98 where they will board vehicles in an attempt to further their illegal entry into the United States.

At approximately 5:16 a.m., Remote Video Surveillance System (RVSS) operators observed six individuals walking north from the IBF. RVSS maintained a visual of the individuals as they continued north through the desert and swam across the AAC. The individuals then proceeded to hide in the reeds of the north bank of the canal. At

3

approximately 7:15 a.m., RVSS observed the individuals exit the AAC and run north towards Highway 98.

BPA M. Aguilar responded to the area and observed the individuals. As BPA M. Aguilar was responding, RVSS notified Agents via service radio that they had observed a minivan, later identified as a Dodge Journey (Dodge), travelling westbound on Highway 98 towards the location of the individuals, and that they had also observed the individuals load into the Dodge. BPA M. Aguilar observed the Dodge perform a U-turn and proceed to travel eastbound on Highway 98. BPA M. Aguilar activated the emergency lights and siren of his marked service vehicle to perform a vehicle stop. As BPA M. Aguilar got behind the Dodge, he observed that the rear passenger door was open and that a person was hanging out of it while being dragged across the road. After pursuing the Dodge for approximately one quarter mile, the Dodge came to an abrupt stop, forcing BPA M. Aguilar to swerve around it to prevent a traffic collision. BPA M. Aguilar positioned his service vehicle in front of the Dodge and, as he was about to exit his vehicle, the Dodge accelerated past him and continued heading eastbound on Highway 98.

The Dodge continued to drive away from BPA M. Aguilar at a high rate of speed. BPA M. Aguilar continued pursuing the Dodge eastbound from Highway 98 to Interstate 8. Agents deployed a Vehicle Immobilization Device (VID) on Interstate 8 near Gordons Well Road. The Dodge swerved around the VID and continued eastbound. BPA M. Coronado requested air support via service radio as he and other Agents also began pursuing the Dodge in their marked service vehicles.

Troy 190 (Troy), a CBP Air and Marine Operations aircraft, was in the area and obtained visual of the Dodge. Upon hearing that Troy had a visual of the Dodge, BPA M. Coronado, who was the lead pursuing Agent at the time, deactivated his emergency vehicle's lights and sirens and proceeded to follow the Dodge from a safe distance. BPA M. Coronado observed the Dodge continue eastbound on Interstate 8 at a high rate of speed and on multiple occasions he observed the Dodge utilize the median to pass other vehicles. The Dodge continued eastbound on Interstate 8 until it reached the Winterhaven Drive off-ramp in Winterhaven, California. At this time the Dodge suddenly veered across the median onto oncoming traffic and proceeded to drive the wrong direction onto the on-ramp at Winterhaven Drive. The Dodge narrowly avoided hitting a Border Patrol Agent at this time.

Troy maintained a visual of the Dodge as it utilized numerous roads in an attempt to avoid apprehension. Troy then observed the Dodge stop near the intersection of Arnold Road and Baseline Road in Winterhaven, California, at which time the driver and occupants exited the Dodge and hid in some brush. Troy then observed the driver return to the Dodge and continue driving eastbound. The Dodge drove into a dirt field, became stuck, and the driver again fled from the vehicle and attempted to hide in some brush. After a brief search of the area, BPA M. Camacho made contact with the driver, later identified as DANIELS, and placed him under arrest. Other Agents were able to locate the six individuals who had exited the vehicle near Arnold Road where Troy had last seen them. Agents questioned the individuals as to their citizenship and determined that the six

individuals were all citizens of Mexico and were illegally present in the United States. The six individuals were later identified as: Octavio MIRANDA-Garcia, Feliciano GARCIA-Mesinas, Ernesto HERNANDEZ-Salazar, Luis Radiel PABLO-Cruz, Carlos Enrique JUAREZ-Ortiz, and Rosalina LOPEZ-Aquino.

After arresting DANIELS, BPAs performed an inventory search of the Dodge. Agents discovered a Norinco 98 12 Gauge Shotgun in a duffle bag in the rear cargo area of the Dodge. This shotgun was loaded with one shotgun shell in the chamber, and four shells in the magazine tube. An additional nine shotgun shells were found in the duffle bag. Preliminary checks revealed that the Norinco 98 12 Gauge Shotgun was not manufactured in California. Therefore, the Shotgun traveled in, and/or affected interstate commerce to arrive in the state of California.

Records checks on AMBRIZ revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 01/04/2016 | CASC OAKLAND | Cal. Pen. Code § 288(a) (Felony) | 3 Years Prison |
| 01/04/2016 | CASC OAKLAND | Cal. Pen. Code § 288(a) (Felony) | 2 Years Prison |
| 11/15/2021 | CASC OAKLAND | Cal. Pen. Code § 290(b) (Felony) | 1 Day Jail |

DANIELS and the seven individuals were placed under arrest transported to the Calexico Border Patrol Station for further processing.

At the Border Patrol Station, DANIELS was advised of his Miranda Rights. DANIELS acknowledged his rights and agreed to speak with agents without the presence of an attorney. DANIELS initially stated he was trying to pick someone up. When Agents asked DANIELS to elaborate, DANIELS stated that he did not want to speak without an attorney present and the interview was terminated.

Material Witnesses Octavio MIRANDA-Garcia, Feliciano GARCIA-Mesinas, Ernesto HERNANDEZ-Salazar, Luis Radiel PABLO-Cruz, Carlos Enrique JUAREZ-Ortiz, and Rosalina LOPEZ-Aquino each admitted to being citizens of Mexico. Material Witnesses Feliciano GARCIA-Mesinas, Ernesto HERNANDEZ-Salazar, Luis Radiel PABLO-Cruz, Carlos Enrique JUAREZ-Ortiz, and Rosalina LOPEZ-Aquino stated they were going to pay between $5,000 and $10,000 to be smuggled into the United States.

The complainant states the name of the Material Witnesses is as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Octavio MIRANDA-Garcia | Mexico |
| Feliciano GARCIA-Mesinas | Mexico |
| Ernesto HERNANDEZ-Salazar | Mexico |
| Luis Radiel PABLO-Cruz | Mexico |
| Carlos Enrique JUAREZ-Ortiz | Mexico |
| Rosalina LOPEZ-Aquino | Mexico |

7

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.